**FILED**
CLERK, U.S. DISTRICT COURT

June 1, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALENCIA, an individual, BRANDON JEROUE, an individual, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SENTINEL TRANSPORTION, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-02430-SVW-AGR<br><br>**ORDER GRANTING JOINT STIPULATION FOR REMAND TO THE SUPERIOR COURT OF CALIFORNIA** |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR REMAND TO THE SUPERIOR COURT OF CALIFORNIA

## ORDER

THE COURT, having received and reviewed the Joint Stipulation for Remand to The Superior Court of California ("Stipulation"), and GOOD CAUSE appearing, herein orders as follows:

1. This Action be remanded back to the Superior Court of California, County of Santa Barbara; and

2. All future dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

DATED: June 1, 2022

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE